FILED
SEP - 2 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   MO-14-CR-173(1) |
| | ) |
| JOSE JIMENEZ | ) |
| AKA JESUS JIMENEZ | ) |

### ORDER DENYING UNOPPOSED MOTION FOR CONTINUANCE OF DOCKET CALL AND PLEA DEADLINE

On the 2nd day of September, 2014, the Court considered the Defendant's Unopposed Motion for Continuance (Doc. 35) filed in the above-referenced cause. The Court **DENIES** said Motion.

**The Defendant is set for docket call before the undersigned judicial officer on September 3, 2014, at 10:00 a.m., the plea deadline is September 18, 2014, with jury selection/trial before United States District Judge Robert Junell on October 6, 2014, at 9:00 a.m.**

It is so **ORDERED**.

Signed this 2nd day of September, 2014.

_____
**DAVID COUNTS**
United States Magistrate Judge