Case 7:14-cr-00173-RAJ   Document 67   Filed 12/22/14   Page 1 of 2

FILED
DEC 22 2014
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

7:14-CR-173

Judge Junell

My name is Jesus Jimenez, inmate #35817. I was recently in your courtroom on December 12, 2014 where I plead guilty to Possesion with intent to Distribute 50 grams or more of methAmphetamines. [76 grams]

I would like to Appeal my case Due to the fact that I was Extremely unsatisfied with my lawyer, Charles King. Not only did Mr. King fail to stay in touch with me through out my case, visits, answering phone calls, or responding to my letters, prior to my sentencing date of the 12th of Dec, He showed up with my PSR on the 10th of Dec. not putting in any objections and I got sentenced to 151 month 2 days later on Dec. 12th. I asked Mr. King if we could Appeal and he said NO cause he was done with me on his end. So I would greatly aprecciate it if you could grant me this appeal and a different Attorney as well.

Also prior to this charge being picked up by the Feds, I thought it was a State charge upon being arrested. Not to mention I was not arrested for posseion of drugs. I was arrested for unlawfully carrying a weapon I was driving someone elses vehicle

And the patrol cameras will confirm that. It was 2 more people that were in the vehicle not owned by me at the time of the arrest. They found nothing on my possesion or in the vehicle I was driving. Plus it was 3 people in the vehicle and only 2 got arrested. I was in Midland county holding for 2 hours with the charge of unlawfully carrying a weapon only! Then they came and told me they had found drugs in the vehicle after I gave consent to search at the time of the traffic stop and 3 officers and 1 state trooper searched and found nothing. Again patrol cameras will confirm such thing. Only thing was that one passenger was saying the drugs were mine. I admitted guilt trying to protect someone else, thinking it was state jail felony and get state probation not knowing the severity of the charge. I would greatly appreciate the opportunity to go back to court with a lawyer thats puts my best interest first instead of just going with the motions. I hope only that you grant my appeal with me knowing I did all I could do to get a lesser sentence. Thank you for your time and may God Bless you!! I would greatly appreciate it if you take this into consideration. Yours Truly

Jesus [signature]