Jesus Jimenez #35817
P.O. Box 1588
Odessa, Texas 79760



THIS IS CORRESPONDENCE FROM AN
INMATE IN A CORRECTIONAL FACILITY
ECTOR COUNTY CORRECTIONAL CENTER

E.C.C.C
Indigent Mail

7970135248

Judge Junell
200 E. Wall St.
Midland, Texas
79705