FILED

DEC 2 3 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MO-14-CR-173(1) |
| | ) | |
| **JESUS JIMENEZ** | ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
## AND APPOINTING APPELLATE COUNSEL

On the 23rd day of December, 2014, the Court considered the Defendant's Pro Se Notice of Appeal (Doc. 67) and the Motion to Withdraw as Counsel (Doc. 68) filed by Attorney Charles King in the above-referenced cause. The Court **GRANTS** said Motion.

**THEREFORE**, Attorney Charles King is authorized to withdraw from any further representation of the Defendant and he may submit his final CJA voucher to the Court. The Court appoints **Attorney Franklin Bynum** to represent the Defendant for **appellate purposes** under the Criminal Justice Act in the above-referenced cause.

It is so **ORDERED**.

Signed this 23rd day of December, 2014.

_____
**DAVID COUNTS**
United States Magistrate Judge